702 A.2d 860

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Louis SHAFFER, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 2, 1997.

*ORDER*

PER CURIAM.

AND NOW, this 2nd day of December, 1997, the petition for allowance of appeal is granted, limited to the issue of whether the amendment of the Pennsylvania Corrupt Organizations statute obviates the fact that when the criminal conduct occurred the Act did not apply to a wholly illegitimate drug conspiracy.